■ CYNTHIA WHITMORE, Appellant, v NIAGARA MOHAWK POWER CORPORATION, Respondent. (Appeal No. 2.) [786 NYS2d 762]—Appeal from an order of the Supreme Court, Chautauqua County (Frederick J. Marshall, J.), entered November 17, 2003. The order granted defendant's motion for partial summary judgment dismissing the claim for damages "for loss of companionship and bond between horse and owner."

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in DeJoy v Niagara Mohawk Power Corp. (13 AD3d 1108 [2004]). Present—Pigott, Jr., P.J., Pine, Kehoe, Gorski and Martoche, JJ.

■ JOHN DOE, Appellant, v HOLY SEE (STATE OF VATICAN CITY), Defendant, and DIOCESE OF SYRACUSE et al., Respondents. [786 NYS2d 756]—Appeal from an order of the Supreme Court, Oneida County (Robert F. Julian, J.), entered November 5, 2003. The order granted the motion of defendants Diocese of Syracuse and St. Patrick's Church to dismiss the complaint against them and denied plaintiff's cross motion for limited discovery.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (see Doe v Holy See [State of Vatican City], 6 AD3d 1228 [2004]; Mars v Diocese of Rochester, 6 AD3d 1120 [2004], lv denied 3 NY3d 608 [2004]). Present—Pigott, Jr., P.J., Pine, Kehoe, Gorski and Martoche, JJ.